CO-386
10/2018

# United States District Court
# For the District of Columbia

VOIP-PAL.COM, INC.

    vs  Plaintiff  Civil Action No. 1:24-cv-03051-RDM

AT&T INC, et al.

      Defendant

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **VOIP-PAL.COM, INC.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **VOIP-PAL.COM, INC.** which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. BAR #1016894
BAR IDENTIFICATION NO.

J. Travis Pittman
Print Name

1140 3rd St. NE
Address

Washington, DC 20002
City  State  Zip Code

(202) 329-3558
Phone Number