# EXHIBIT 1

# HOLMES PITTMAN & HARAGUCHI, LLP

## ATTORNEYS AT LAW

| | | |
|---|---|---|
| **DONALD HOLMES (1943-2019)**<br>**TRAVIS PITTMAN, VA & DC**<br>**YUKI HARAGUCHI, CA** | **1140 3rd St. NE**<br>**Washington, DC 20002**<br>www.hphattorneys.com | **SALLY HAYNSWORTH**, Office Director<br>Telephone: (410) 482-9505<br>Facsimile: (443) 782-0362 |

April 23, 2025

Russ Falconer
Gibson, Dunn & Crutcher LLP
rfalconer@gibsondunn.com

Re:   VoIP-Pal.com Inc. v. AT&T, Inc. et al, Case No. 1-24-cv-03051
      Rich Inza, et al. v. AT&T, Inc. et al, Case No. 1-24-cv-03054

Dear Mr. Falconer,

Pursuant to your request, and by this letter, service of process in the above-referenced cases is being effected through your office. Please find enclosed a copy of the summons issued by the Court for each of the AT&T defendants. A copy of the Court's standard waiver form is also attached. Please return an executed waiver form for each of the AT&T defendants.

Separately, set forth below are internet addresses where we have produced a copy of every paper filed by the plaintiffs and every order issued by the court in each case.

https://www.dropbox.com/scl/fo/b6i1zf4nufmp959jb74y8/ADc1c5sqQgMbCsAjkNUhKD8?rlkey=v5apdso52mkms6jckh5r5nfpy&st=60fivqfe&dl=0

https://www.dropbox.com/scl/fo/70rirzlxqky8ni8p9vkf7/AFgoVERfhfkkrav16CH5vH4?rlkey=hir2vnjh19utp05dabdim8g9p&st=w06bc6dp&dl=0

Please contact me at (202) 329-3558 or jtpittman@hphattorneys.com with any questions, and thank you for your efforts on this case.

Very truly yours,

Travis Pittman