# EXHIBIT 6

5/5/25, 4:21 PM  Case 1:24-cv-03051-RDM   Document 25-6   Filed 05/06/25   Page 2 of 3
Hudnell Pittman & Partners Mail - VoIP-Pal v. AT&T et al./ Inza, et al. v. AT&T, et al.

EXHIBIT 6

Travis Pittman <jtpittman@hphattorneys.com>

## VoIP-Pal v. AT&T et al./ Inza, et al. v. AT&T, et al.
1 message

**Lui, Bradley S.** <BLui@mofo.com>  Fri, Feb 14, 2025 at 3:10 PM
To: Ray Leon <ray@outpace.com>, Travis Pittman <jtpittman@hphattorneys.com>, "Scheinman, Aaron" <AScheinman@mofo.com>, "Gerking, Megan E." <MGerking@mofo.com>, "Miller, Michael B." <MBMiller@mofo.com>

Ray,

Thank you for our discussion this afternoon.

I am writing to confirm the understanding we reached on the call.

My firm represents Verizon Communications Inc. and the other Verizon defendants that have been named in the Complaints in the actions referenced above, including all Verizon corporate entities and individual Verizon directors.   We have been authorized to accept service of the Summons and Complaints on behalf of all of these entities and individuals by email.  Service by email to me will have the same effect as service by hand under FRCP 4(e)(2)(A) and FRCP 4(h)(1)(B), as applicable.

You also agreed that you will not serve any of the individual Verizon defendants by hand.

Please reply by email to confirm that the above is also your understanding.

If you have any questions, please do not hesitate to ask.

Best regards,

Brad

**BRADLEY LUI**

Morrison & Foerster LLP

2100 L Street, NW Suite 900 | Washington, DC 20037

P: +1 (202) 887-8766

425 Market Street | San Francisco, CA 94105-2482

Case 1:24-cv-03051-RDM   Document 25-6   Filed 05/06/25   Page 3 of 3

**P:** +1 (415) 268-6766

mofo.com | blui@mofo.com

==========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.