# EXHIBIT 7

Travis Pittman <jtpittman@hphattorneys.com>

---

## RE: VoIP-Pal.com Inc. v. AT&T, Inc. et al, Case No. 1-24-cv-03051; Rich Inza, et al. v. AT&T, Inc. et al, Case No. 1-24-cv-03054

1 message

---

**Culley, Daniel P.** <dculley@cgsh.com>　　　　　　　　　　　　　　　　Thu, May 1, 2025 at 10:56 AM
To: Travis Pittman <jtpittman@hphattorneys.com>
Cc: "Gelfand, David I." <dgelfand@cgsh.com>, "Bennett, Elsbeth" <ebennett@cgsh.com>

Mr. Pittman:

Per my email to you dated March 3, 2025, Cleary is only authorized to accept service on behalf of Mark Nelson or Mike Sievert.  Cleary is not authorized to accept service on behalf of any other defendant.

That said, if you send a copy of the operative complaint(s) you are attempting to serve as an email attachment, we will communicate with Mark Nelson, Mike Sievert, and T-Mobile to determine whether they will agree to waive service under Fed. R. Civ. P. 4(d)(3).

Please note that we do not believe your letter dated April 23, 2025 validly effects service even as to Mark Nelson or Mike Sievert, including because you did not send a copy of the operative complaint(s) you are attempting to serve.  Accordingly, we reserve all rights regarding service at this time.

Best,

Dan

---

**Daniel P. Culley | Lawyer, District of Columbia**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: alancellotti@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1593 | M: +1 216 544 8635
dculley@cgsh.com | clearygottlieb.com

---

**From:** Travis Pittman <jtpittman@hphattorneys.com>
**Sent:** Wednesday, April 23, 2025 4:21 PM
**To:** Culley, Daniel P. <dculley@cgsh.com>
**Subject:** VoIP-Pal.com Inc. v. AT&T, Inc. et al, Case No. 1-24-cv-03051; Rich Inza, et al. v. AT&T, Inc. et al, Case No. 1-24-cv-03054

Dear Mr. Culley,

Please see the attached letter, effecting service of process in the above referenced cases.

Travis Pittman

--

Travis Pittman

Holmes Pittman & Haraguchi, LLP

jtpittman@hphattorneys.com

(202) 329-3558

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "Firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated firms or entities, and the term "offices" includes offices of those affiliated firms or entities. The term "partner" in relation to Cleary Gottlieb means a member, or an employee or consultant with equivalent standing and qualifications of Cleary Gottlieb.

For information about how the Firm collects and uses your personal data, please see our Privacy Statement.