# EXHIBIT 9

Travis Pittman <jtpittman@hphattorneys.com>

## FW: Potential Discussion on Resolving VoIP-Pal Case (VoIP-Pal v. AT&T, et al.; USDC D.C. 1-24-cv-03051-RDM)

1 message

**Culley, Daniel P.** <dculley@cgsh.com>                                      Sun, Jan 5, 2025 at 3:43 PM
To: "jtpittman@hphattorneys.com" <jtpittman@hphattorneys.com>, "sean@parmenterip.com" <sean@parmenterip.com>
Cc: "Gelfand, David I." <dgelfand@cgsh.com>, "Bennett, Elsbeth" <ebennett@cgsh.com>

Dear Mr. Pittman and Mr. Parmenter:

I am in receipt of Ray Leon's email to Mark Nelson below. Cleary Gottlieb will be representing T-Mobile in *VoIP-Pal v. AT&T*, 24-cv-3051 (D.D.C.), as well as the contemporaneously filed putative class action, *Inza v. AT&T*, 24-cv-3054 (D.D.C.). Any further communications regarding these cases should be directed to me and my colleagues Dave Gelfand and Elly Bennett (cc'd here).

It is unclear to us if Mr. Leon has authority to discuss this case on behalf of VoIP-Pal or if you are representing him with respect to either of these cases. While we do not believe these cases have any merit, if your clients wish to discuss them, we are happy to schedule a call at your convenience.

Regards,

Dan

---

**Daniel P. Culley | Lawyer, District of Columbia**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: alancellotti@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1593 | M: +1 216 544 8635
dculley@cgsh.com | clearygottlieb.com

---

**From:** Ray Leon <ray@outpace.com>
**Sent:** Monday, December 23, 2024 4:18:57 PM
**To:** Nelson, Mark <Mark.Nelson@t-mobile.com>
**Subject:** Potential Discussion on Resolving VoIP-Pal Case (VoIP-Pal v. AT&T, et al.; USDC D.C. 1-24-cv-03051-RDM)

[External]

Dear Mr. Nelson,

I hope this message finds you well.

I serve as an advisor to the Board of Directors of VoIP-Pal in the above-referenced case, in which T-Mobile is named as a defendant.

We are preparing to effect service of process in the near future. Before proceeding, I wanted to inquire if there is interest in discussing potential solutions to the issues raised in the complaint. If so, could you kindly introduce me to the appropriate individual who might be able to facilitate such a conversation?

Thank you for your time and consideration. I look forward to hearing from you.

Respectfully,


Ray Leon

Advisor to the Board of Directors of VoIP-PAL

mobile: 1-561-212-2882

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "Firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated firms or entities, and the term "offices" includes offices of those affiliated firms or entities. The term "partner" in relation to Cleary Gottlieb means a member, or an employee or consultant with equivalent standing and qualifications of Cleary Gottlieb.

For information about how the Firm collects and uses your personal data, please see our Privacy Statement.