# EXHIBIT 10

**EXHIBIT 10**

Travis Pittman <jtpittman@hphattorneys.com>

## RE: VoIP-Pal.com Inc. v. AT&T, Inc. et al, Case No. 1-24-cv-03051-RDM
1 message

**Culley, Daniel P.** <dculley@cgsh.com>  Mon, Mar 3, 2025 at 2:39 PM
To: Travis Pittman <jtpittman@hphattorneys.com>

Travis,

Cleary is authorized to accept service of the complaints in *VoIP-Pal.com Inc. v. AT&T, Inc.*, No. 1-24-cv-3051-RDM (D.D.C.) and *Inza v. AT&T, Inc.*, No. 1:24-cv-3054-RCM (D.D.C.) on behalf of Mike Sievert and Mark Nelson, and they should not be served personally.

Thank you,

Dan

———

**Daniel P. Culley | Lawyer, District of Columbia**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: alancellotti@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1593 | M: +1 216 544 8635
dculley@cgsh.com | clearygottlieb.com

---

**From:** Culley, Daniel P.
**Sent:** Thursday, February 13, 2025 1:23 PM
**To:** Travis Pittman <jtpittman@hphattorneys.com>
**Subject:** RE: VoIP-Pal.com Inc. v. AT&T, Inc. et al, Case No. 1-24-cv-03051-RDM

Counsel,

There is no merit to your claims and, based on the proposed settlement offer, we do not believe settlement discussions will be productive.

In addition, please do not send T-Mobile information about your discussions with other defendants.

Best,

**Daniel P. Culley | Lawyer, District of Columbia**

Cleary Gottlieb Steen & Hamilton LLP
Assistant: alancellotti@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
T: +1 202 974 1593 | M: +1 216 544 8635
dculley@cgsh.com | clearygottlieb.com

---

**From:** Travis Pittman <jtpittman@hphattorneys.com>
**Sent:** Thursday, February 13, 2025 10:43 AM
**To:** Culley, Daniel P. <dculley@cgsh.com>; Falconer, Russ <rfalconer@gibsondunn.com>; blui@mofo.com
**Subject:** VoIP-Pal.com Inc. v. AT&T, Inc. et al, Case No. 1-24-cv-03051-RDM

Dear Counsel,

Please see the attached, which republishes VoIP-Pal's January 24, 2025 letter removing the FRE 408 designation and instead designating the letter as being for the record.

Thank you for your efforts in this case.

Travis Pittman

--

Travis Pittman

Holmes Pittman & Haraguchi, LLP

jtpittman@hphattorneys.com

(202) 329-3558

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "Firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated firms or entities, and the term "offices" includes offices of those affiliated firms or entities. The term "partner" in relation to Cleary Gottlieb means a member, or an employee or consultant with equivalent standing and qualifications of Cleary Gottlieb.

For information about how the Firm collects and uses your personal data, please see our Privacy Statement.