**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| VoIP-Pal.Com Inc. | ) | |
|  | ) | |
|     *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 24-cv-03051(RDM) |
|  | ) | |
| AT&T, INC., et al., | ) | |
|  | ) | |
|     *Defendants.* | ) | |
|  | ) | |

**PLAINTIFF'S STIPULATION TO STRIKE CERTAIN PARAGRAPHS FROM THE SECOND AMENDED COMPLAINT**

COMES NOW, Plaintiff VoIP-Pal.Com Inc. ("VoIP-Pal"), by and through undersigned counsel, and makes this stipulation to strike certain paragraphs from the Second Amended Complaint, and states:

Paragraphs 99, 127, 277, 282, 284, 291, 311, 327, 328, 331, 438, 451, 496, 497, 498, and 502 contain drafting errors, and for that reason should be struck from Plaintiff's Second Amended Complaint with prejudice.

Accordingly, and without prejudice to any other parts of its Second Amended Complaint, Plaintiff so stipulates.

Dated: July 29, 2025

                                                            Respectfully submitted,

                                                            /s/ Travis Pittman
                                                           Travis Pittman (D.C. Bar No. 1016894)
                                                           Local Counsel for Plaintiffs
                                                           HOLMES, PITTMAN & HARAGUCHI, LLP
                                                           1140 3rd St. NE
                                                           Washington, DC 20002
                                                           (202) 329-3558
                                                           jtpittman@hphattorneys.com

Sean Parmenter (CA Bar No. 233144)
Lead Counsel for Plaintiffs
PARMENTER INTELLECTUAL PROPERTY
LAW, PLLC
1401 21st St, Suite #10724
Sacramento, CA 95811
(925) 482-6515
sean@parmenterip.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Stipulation to Strike Certain Paragraphs From the Second Amended Complaint was served on July 29, 2025 to all counsel of record via the court's electronic filing system.

/s/ Travis Pittman
Travis Pittman