IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T, INC., *et al.*<br><br>*Defendants*. | Civil Action No. 1:24-cv-03051 (RDM) |

**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure, Defendants David R. McAtee II, Scott T. Ford, Glenn H. Hutchins, William E. Kennard, Stephen J. Luczo, Marissa A. Mayer, Michael B. McCallister, Beth E. Mooney, Matthew K. Rose, John Stankey, Cynthia B. Taylor, Luis A. Ubiñas, Marcelo Claure, Mark Nelson, Mike Sievert, Srikant Datar, Kelvin Westbrook, Srinivasan Gopalan, Letitia Long, Teresa Taylor, James J. Kavanaugh, Vandana Venkatesh, Vittorio Colao, Shellye L. Archambeau, Mark T. Bertolini, Roxanne S. Austin, Melanie L. Healey, Laxman Narasimhan, Clarence Otis, Jr., Daniel H. Schulman, Rodney E. Slater, Carol B. Tomé, Hans Vestberg, and Gregory G. Weaver (collectively the "Individual Defendants") by and through their respective undersigned counsel, hereby move to dismiss all claims against them in Plaintiff's Second Amended Complaint (ECF No. 9-4).

For the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Individual Defendants' Motion to Dismiss, the Individual Defendants respectfully request that the Court dismiss all claims against them in Plaintiff's Second Amended Complaint.

Dated this 1st day of August, 2025.

    Respectfully submitted,

*/s/ Megan E. Gerking*
Megan E. Gerking (DC Bar No. 1027190)
Bradley S. Lui (DC Bar No. 425033)
Aaron Heath Scheinman (DC Bar No. 1736172)
MORRISON FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6948
Fax: (202) 887-0763
MGerking@mofo.com
BLui@mofo.com
AScheinman@mofo.com

Michael B. Miller (Bar ID: NY0140)
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendants Vandana Venkatesh; Vittorio Colao; Shellye L. Archambeau; Mark T. Bertolini; Roxanne S. Austin; Melanie L. Healey; Laxman Narasimhan; Clarence Otis, Jr.; Daniel H. Schulman; Rodney E. Slater; Carol B. Tomé; Hans Vestberg; and Gregory G. Weaver*

| | |
|---|---|
| */s/ David I. Gelfand*<br>David I. Gelfand (DC Bar No. 416596)<br>Daniel P. Culley (DC Bar No. 988557)<br>Elsbeth Bennett (DC Bar No. 1021393)<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2112 Pennsylvania Avenue, N.W.<br>Washington, DC 20037-3229<br>Telephone: (202) 974-1690<br>Fax: (202) 974-1999<br>DGelfand@cgsh.com<br>DCulley@cgsh.com<br>EBennett@cgsh.com<br><br>*Counsel for Defendants Marcelo Claure; Mark Nelson; Mike Sievert; Srikant Datar; Kelvin Westbrook; Srinivasan Gopalan; Letitia Long; Teresa Taylor; James J. Kavanaugh* | */s/ Russell H. Falconer*<br>Russell H. Falconer (Texas Bar No. 24069695) (*Pro Hac Vice*)<br>Ashley Johnson (Texas Bar No. 24067689) (*Pro Hac Vice*)<br>Cody B. Johnson (Texas Bar. No. 24125638) (*Pro Hac Vice*)<br>Savannah Silver (Texas Bar No. 24129020) (*Pro Hac Vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201-2911<br>Telephone: (214) 698-3100<br>Fax: (214) 571-2900<br>RFalconer@gibsondunn.com<br>AJohnson@gibsondunn.com<br>CBJohnson@gibsondunn.com<br>SSilver@gibsondunn.com<br><br>Kristen Limarzi (DC Bar No. 485011)<br>GIBSON, DUNN & CRUTCHER LLP<br>1700 M Street, N.W.<br>Washington, DC 20036<br>Telephone: (202) 887-3518<br>Fax: (202) 467-0539<br>KLimarzi@gibsondunn.com<br><br>*Counsel for Defendants David R. McAtee II; Scott T. Ford; Glenn H. Hutchins; William E. Kennard; Stephen J. Luczo; Marissa A. Mayer; Michael B. McCallister; Beth E. Mooney; Matthew K. Rose; John Stankey; Cynthia B. Taylor; Luis A. Ubiñas* |