**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| VOIP-PAL.COM INC., | |
| Plaintiff, | Civil Action No. 1:24-cv-03051-RDM |
| v. | |
| AT&T INC., *et al*., | Honorable Randolph D. Moss |
| Defendants. | |

## MOTION FOR REMOTE LISTENING OPTION FOR AUGUST 5, 2026 HEARING

T-Mobile, by and through the undersigned counsel, respectfully requests a remote listening option, such as a Zoom link or a telephonic dial-in, for the hearing in the above-captioned matter scheduled for August 5, 2026 to permit in-house counsel to listen to the hearing remotely.

T-Mobile sought consent to this request from the other Defendants and Plaintiffs. Defendants consent to this request, but T-Mobile did not receive a response from Plaintiffs prior to filing the instant motion.

Dated: August 4, 2026

Respectfully submitted,

*/s/ David I. Gelfand*
David I. Gelfand (Bar No. 416596)
Daniel P. Culley (Bar No. 988557)
Elsbeth Bennett (Bar. No. 1021393)
Jacob Coate (Bar No. 263084)
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2112 Pennsylvania Avenue, N.W.
Washington, DC 20037
Telephone: 202.974.1690
Facsimile: 202.974.1999
dgelfand@cgsh.com
dculley@cgsh.com
ebennett@cgsh.com
jcoate@cgsh.com

Case 1:24-cv-03051-RDM     Document 95     Filed 08/04/26     Page 2 of 2

-2-

*Counsel for T-Mobile US, Inc., Marcelo Claure, Srikant M. Datar, Srinivasan Gopalan, James J. Kavanaugh, Letitia A. Long, Mark Nelson, Mike Sievert, Teresa A. Taylor, Kelvin R. Westbrook.*