**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| VOIP-PAL.COM INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-3051 (RDM) |
| | § | |
| AT&T, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants respectfully submit this Notice to inform the Court of the recent decision by the United States Court of Appeals for the District of Columbia Circuit in *PhantomALERT, Inc. v. Apple Inc.*, No. 25-7017 (D.C. Cir. July 24, 2026), attached here as Exhibit A. The court of appeals held that the plaintiff failed to plausibly allege a relevant product market and affirmed the dismissal of its claims under Sections 1 and 2 of the Sherman Act on that threshold ground alone. Slip op. at 10–11, 16–20.

Defendants relied on the district court's decision in that case in their motion to dismiss. *See* Dkt. 80-1 at 13 (citing *PhantomALERT v. Apple Inc.*, 762 F. Supp. 3d 8, 12, 17–23 (D.D.C. 2025)). The court of appeals has now affirmed that decision on *de novo* review.

The decision is relevant to Defendants' contention that Plaintiff's antitrust claims fail as a matter of law for lack of an adequate market definition, Dkt. 80-1 at 13–14; Dkt. 85 at 15–16, including Defendants' contentions that Plaintiff's tying theory does not define the market in which Defendants are alleged to hold market power, Dkt. 80-1 at 13, and that Plaintiff's shifting identification of the tying and tied products cannot supply a market definition absent from the

complaint, Dkt. 85 at 1, 15–16.

Dated this 4th day of August, 2026

Respectfully submitted,

*/s/ Russell H. Falconer*
Russell H. Falconer (Texas Bar No. 24069695)
(*Pro Hac Vice*)
Ashley Johnson (Texas Bar No. 24067689)
(*Pro Hac Vice*)
Cody B. Johnson (Texas Bar No. 24125638)
(*Pro Hac Vice*)
Savannah Silver (Texas Bar No. 24129020)
(*Pro Hac Vice*)
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: (214) 698-3100
Fax: (214) 571-2900
RFalconer@gibsondunn.com
AJohnson@gibsondunn.com
CBJohnson@gibsondunn.com
SSilver@gibsondunn.com

Kristen Limarzi (DC Bar No. 485011)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036
Telephone: (202) 887-3518
Fax: (202) 467-0539
KLimarzi@gibsondunn.com

*Counsel for the AT&T Defendants*

*/s/ David I. Gelfand*
David I. Gelfand (DC Bar No. 416596)
Daniel P. Culley (DC Bar No. 988557)
Elsbeth Bennett (DC Bar No. 1021393)
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2112 Pennsylvania Avenue, N.W.
Washington, DC 20037-3229
Telephone: (202) 974-1690
Fax: (202) 974-1999
DGelfand@cgsh.com
DCulley@cgsh.com
EBennett@cgsh.com

*Counsel for the T-Mobile Defendants*

3

*/s/ Megan E. Gerking*

Megan E. Gerking (DC Bar No. 1027190)
Bradley S. Lui (DC Bar No. 425033)
Aaron Heath Scheinman (DC Bar No. 1736172)
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-6948
Fax: (202) 887-0763
MGerking@mofo.com
BLui@mofo.com
AScheinman@mofo.com

Michael B. Miller (NY Bar No. 0140)
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for the Verizon Defendants*

4